924

No. 00–10006. HAYWOOD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10007. FIX v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10009. HATCHER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–10013. PARRISH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10017. GRANT ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10046. SCHILLING v. KINGSTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10061. RASHED v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–1577. CAIN, WARDEN v. RIDEAU. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–1653. GRIMES v. WETZLER, FORMER COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK, ET AL. Super. Ct. Pa. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 00–10631 (00A1101). GARZA v. LAPPIN, WARDEN. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 99–1408. ATWATER ET AL. v. CITY OF LAGO VISTA ET AL., 532 U. S. 318;
No. 99–7693. DEL RIO v. UNITED STATES, 528 U. S. 1176;
No. 00–1121. KOZEL v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, 531 U. S. 1153;
No. 00–1353. NIXON ET UX. v. PENNSYLVANIA, 532 U. S. 1008;
No. 00–7180. MORELAND v. BARRY ET AL., 531 U. S. 1156;

No. 00–7676. CAMPA-FABELA *v.* UNITED STATES, 532 U. S. 1010;

No. 00–7869. GOLDEN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1197;

No. 00–8568. BROWN *v.* KASHYAP ET AL., 532 U. S. 979;

No. 00–8614. COURTNEY *v.* ROBINSON, WARDEN, ET AL., 532 U. S. 996;

No. 00–8616. HALL *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, 532 U. S. 997; and

No. 00–8696. TORREZ *v.* DICKINSON, 532 U. S. 1010. Petitions for rehearing denied.

No. 00–1481. POWERS, FKA STUDINGER *v.* COMMISSIONER OF INTERNAL REVENUE, 532 U. S. 995. Motion of petitioner for leave to proceed *in forma pauperis* granted. Petition for rehearing denied.

## JUNE 21, 2001

No. 00A1112 (00–10728). HOLLADAY *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon issuance of the mandate of this Court.

No. 00A1114 (00–10749). IN RE HOLLADAY. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending further order of the Court.

## JUNE 25, 2001

No. 00–1279. HOUSEHOLD INTERNATIONAL TAX REDUCTION INVESTMENT PLAN *v.* MATZ. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States v. Mead Corp., ante,* p. 218.

No. 00–1456. COFFEY *v.* McNAIR ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further